IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-0642-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEITH GIBSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On August 18, 2020, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

---

[1] The objections at one point request that Magistrate Judge Cota recuse himself. This court does not act on that request as it is directed to Judge Cota.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 18, 2020, are adopted in full; and

2. Plaintiff's requests for mandamus relief (ECF Nos. 19 and 24) are denied.

DATED: October 21, 2020.

								_____
								CHIEF UNITED STATES DISTRICT JUDGE