IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-0642-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEITH GIBSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 25, to compel arbitration under the Federal Arbitration Act (FAA), 9 U.S.C. § 1, et seq. Under the FAA, the district court may compel arbitration of disputes where the parties have entered into an arbitration agreement. See 9 U.S.C. § 4. In this case, Plaintiff has not alleged or established the existence of an agreement to arbitrate. Therefore, the FAA is inapplicable in this case and Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: October 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1