IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-0642-KJM-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KEITH GIBSON, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by District of California local rules.

       On May 6, 2021, the Magistrate Judge filed separate findings and recommendations, ECF Nos. 45 and 46, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 6, 2021, ECF Nos. 45 and 46, are both adopted in full;

2. Plaintiff's motions for injunctive relief, ECF Nos. 33, 37, and 38, are denied; and

3. Plaintiff's motion for immediate release from incarceration, ECF No. 42, is denied.

DATED: August 16, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE