1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BILLY DRIVER, JR.,                          No.  2:20-CV-0642-KJM-DMC-P

12              Plaintiff,

13        v.                                      ORDER

14    KEITH GIBSON, et al.,

15              Defendants.

16

17           Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 43, for monetary

19    sanctions.

20           In his motion, Plaintiff seeks monetary sanctions "for the rejecting of and sending

21    back 4 four food package(s) when State knew Plaintiff is not getting enough to eat."  Id. at 1.

22    Plaintiff motion will be denied for several reasons.  First, Plaintiff has not identified anyone over

23    whom this Court has jurisdiction to order to pay sanctions.  Second, Plaintiff has not identified

24    sanctionable conduct in the context of this litigation, which involves allegedly improper forced

25    medication.  See ECF No. 49 (screening order addressing first amended complaint).  Third, to the

26    extent Plaintiff seeks damages or equitable relief based on the denial of food packages, his

27    / / /

28    / / /

                                                   1

1    remedy lies in filing a new action against appropriate defendants.[1]

2            Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 12, for

3    monetary sanctions is denied.

4

5    Dated:  October 18, 2021

6                                                       _____
                                                          DENNIS M. COTA
7                                                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28        [1]        The Court expresses no opinion on the merits of any such action.
                                                  2