# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:20-CV-0642-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEITH GIBSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 44, for issuance of a service order. Plaintiff's motion is denied. At present, the Court has not determined that Plaintiff's second amended complaint, filed on September 13, 2021, pursuant to the Court's August 30, 2021, order, states cognizable claims appropriate for service. At such time as the Court so determines, a service order will issue. The Court will address the sufficiency of Plaintiff's second amended complaint by separate order.

IT IS SO ORDERED.

Dated: October 18, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE