IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR, | No. 2:20-CV-0642-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KEITH GIBSON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On November 3, 2021, the Magistrate Judge filed findings and recommendations recommending that plaintiff's motions for injunctive relief be denied. ECF No. 46. The findings and recommendations were served on the plaintiff and contained notice that he may file objections within the time specified therein. *Id.* at 4. Plaintiff has not filed any objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 3, 2021, ECF No. 55, are adopted in full;

2. This action is dismissed for failure to state a claim; and

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: February 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE